UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THERMAPURE, INC., | § | |
| | § | |
| vs. | § | CASE NO. 2:06-CV-453 |
| | § | |
| WATER OUT DRYING CORP. | § | |

## VERDICT FORM

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that Water Out has induced the infringement of claim 6 of the '812 patent?

Answer "Yes" or "No".

_YES_

If you have answered "Yes" to Question No. 1, then answer the following question; otherwise do not answer the following question. Proceed instead to Question No. 3.

**QUESTION NO. 2:**

Do you find by clear and convincing evidence that Water Out's infringement, if any, was willful?

Answer "Yes" or "No".

_NO_

## QUESTION NO. 3

Do you find by clear and convincing evidence that claim 6 of the '812 patent is invalid because it is anticipated by the prior art?

Answer "Yes" or "No".

__NO__

3

## QUESTION NO. 4:

Do you find by clear and convincing evidence that claim 6 of the '812 patent is invalid because it is obvious in light of the prior art?

Answer "Yes" or "No".



NO

If you have answered "Yes" to Question No. 1, then answer Question No. 5; otherwise, do not answer Question No. 5

**QUESTION NO. 5:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate the plaintiff as a reasonable royalty for any infringement you have found?

Answer in dollars and cents, if any, for a reasonable royalty.

Answer: _____

Signed this \_\_\_\_\_ day of March, 2009.

_____

JURY FOREPERSON