**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| THERMAPURE, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:06-CV-453 |
| | § | |
| WATER OUT DRYING CORP. | § | |

**ORDER**

The court has received a copy of defendant Water Out Drying Corp.'s ("Water Out") voluntary petition for bankruptcy, filed January 29, 2010. In accordance with 11 U.S.C. § 362, the court stays litigation in this case as to Water Out, pending any event in the bankruptcy proceeding that will allow this court to proceed. If such an event occurs, the parties shall immediately notify this court. It is further ordered that all pending motions filed by Water Out are denied without prejudice to re-filing.

SIGNED this 22nd day of February, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE