**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| THERMAPURE, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:06-CV-453 |
| | § | |
| WATER OUT DRYING CORP. | § | |

### ORDER

This case is administratively closed pending events occurring in the bankruptcy proceeding that would permit this court to proceed. The parties shall file a motion to re-open the case promptly upon the occurrence of such events.

SIGNED this 2nd day of March, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE